No. 547, Misc. MAS ET AL. *v.* OWENS-ILLINOIS GLASS Co. C. A. 3d Cir. Certiorari denied. Petitioners *pro se.* *Ward J. Herbert* for respondent. 

No. 551, Misc. INGENITO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. 

No. 555, Misc. MITCHELL *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied.

No. 559, Misc. STROUP *v.* FOX, ATTORNEY GENERAL OF WEST VIRGINIA, ET AL. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 574, Misc. ALLEN *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 592, Misc. SMITH *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 42. GIBSON *v.* LOCKHEED AIRCRAFT SERVICE, INC., *ante,* p. 356;

No. 598. HOLCOMB ET AL. *v.* AETNA LIFE INSURANCE Co., *ante,* p. 986;

No. 454, Misc. DARRIN *v.* CAPITAL TRANSIT CO. ET AL., *ante,* p. 974; and

No. 484, Misc. GOODSON *v.* VIRGINIA, *ante,* p. 963. Petitions for rehearing denied.